# United States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | ) Case No.  2:21-MJ-00554-JAG |
| **SHAWN VINCENT BEST, SR,** | )<br>) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, Special Agent Brian Hoff, state that the following is true to the best of my knowledge and belief. On August 12, 2021 and September 21, 2021, in the Eastern District of Washington, the defendant violated: 18 U.S.C. § 117 (Domestic Assault by a Habitual Offender).

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brian Hoff, FBI
_____
*Printed name and title*

☒ Sworn to before me and signed in my presence electronically.

☐ Sworn to telephonically and signed electronically.

Date:   December 17, 2021

_____
*Judge's signature*

James A. Goeke, United States Magistrate Judge
_____
*Printed name and title*

City and state: Spokane, Washington