# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Best, Sr., Shawn Vincent | Docket No. | 0980 2:22CR00001-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Jonathan Bot PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shawn Vincent Best, Sr., who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Rosanna Malouf Peterson, sitting in the Court at Spokane, Washington, on the 7th day of September 2022, under the following conditions:

**Condition # 3g**: If Defendant does not have a structured outpatient treatment program in place prior to conclusion of inpatient treatment, Defendant automatically shall go back into custody of the U.S. Marshal. If Defendant leaves the treatment facility personnel shall immediately notify the U.S. Probation Officer or, if the U.S. Probation Officer is unavailable, the U.S. Marshal, who shall in turn immediately notify the undersigned.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** It is alleged Mr. Best is in violation of his conditions of pretrial release by being unsuccessfully terminated from inpatient treatment at San Poil Center on October 13, 2022.

On October 13, 2022, staff at San Poil Center contacted a U.S. probation officer with the U.S. Probation Office, advising Mr. Best was being unsuccessfully terminated from inpatient treatment for threatening a staff member.

Staff at San Poil Center agreed to direct Mr. Best to report to the U.S. Probation Office by 10 a.m., October 14, 2022.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2022

by   s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

PS-8

Re: Best, Sr., Shawn Vincent
October 13, 2022
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Rosanna Malloy Peterson_
Signature of Judicial Officer

10/13/2022
Date